UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-CR-104 JD |
| ) | |
| JEFFREY M. SCOTT ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 8, 2013 [DE 85]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jeffrey M. Scott's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(4)(B).

SO ORDERED.

ENTERED:  February 27, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court